UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NH
FILED

2018 JUN 20 P 4: 40

Plaintiff(s): Margaret Kris pro-se

v.

Defendant(s): Dusseault Family Revocable Trust 2017
Sean Emmet Curran Attorney

COMPLAINT

**Parties to this Complaint**

Plaintiff(s)'s Name, Address and Phone Number

Margaret Kris
PO Box 10023
Bedford, NH 03110
Phone number 603 854-9709

Defendant(s)'s Name, Address and Phone Number

Sean Emmet Curran Attorney for Dusseault Family
30 Amherst Street
Manchester, NH
03101

## Jurisdiction and Venue:
(Explain why your case is being filed in federal court and why the court is legally permitted to hear your case. Add additional sheets as necessary.)

I Margaret Kris am asking for the intervention of the Federal court because I haven't recieved due process in the District or Supreme court of New Hampshire they aren't enforcing Federal laws of the ADA as well as HUD see attached memorandum of law for a detailed description of laws being violated or not enforced. I have been waiting since March 2018 for a response from the HUD office in Boston. I have wrote to the HUD enforcement office in Boston addressing their lack of response. I have proof that this is a retalitory eviction and according to the ADA I am supposed to have representation which I don't. As a disabled individual the courts are commiting human rights violations by not allowing me due process. I have been in custody litigation since 2004 in the Manchester District family court. Several of the judges that have participated in the fraud of my custody case are now in the Supreme court. Mangones Adrahamson. I never recieve due process in either my custody case and now I am being forced to be homeless because the courts refuse to uphold the law the swore an oath to uphold placing an unessesary financial and emotional burden upon a pro-se litigant who is disabled. As a disabled person I am entitled to extra protection of the law and this is not the case at all. I have enclosed evidence only in the housing matter as the custody matter is from 2004 and has 4 large files. Docket 04-M-0913

## Statement of Claim:
(As briefly as possible, state each claim you have against defendant(s) and state the legal cause of action, facts, and circumstances that gave rise to your claim(s). Add additional sheets as necessary.)

I gave notice to housing on several occasions that the property wasn't being maintained. Exhibit A all communication with housing. My complaint to HUD about retalitary eviction never responded to as well as losing my electrical assistance because of the landlords daughter Uoanne misrepresenting herself claiming her mother Frances Dusseault would get said assistance in my place which wasn't the truth causing me to lose my electrical assistance. See Supreme court Exhibit A Supreme court Exhibit B I text messaged the landlord numerous times about non compliance with housing regulations and felt justified to withhold rent for repairs as it took 4 months for repairs to be completed not in the 14 day period according to HUD regulations I have also included photos of violations which the Supreme court failed to put into evidence, of the deplorable conditions at my building and lack of snow removal as per lease agreement. At the hearing I had a money orders with me for the full amount of the rent Section 540:13 B I wasn't given due process by Judge Lyons in Manchester District court I wasn't heard able to present evidence or be able to pay the amount that I had with me instead the proceeded to force me from my home there is an ongoing bedbug issue in the building I had to ask for the disclosure NH RSA 48A:14 sanitary conditions found out about bedbugs after moving in from neighbors

**Relief Requested from the Court:**
(Briefly state exactly what you want the Court to do for you. Add additional sheets as necessary.)

I want all the laws on my memorandum of law to be enforced. I want bias judges that ruled on my custody case to be prevented from ruling on any case that concerns me as I have been biased and discriminated against repeatedly had my rights violated and have to spend my entire disability check on litigation when I have done nothing wrong. The Manchester District Family Court has denied me due process since 2004. The same judges ruling on housing issues is unfair. I am supposed to have representation. I want the HUD office to appoint me a civil rights attorney. I want to remain in my home without threat of retalitory eviction. I want the fraud in my custody case to stop immediately and have the judges from the Manchester District Court and the Supreme court enforce the law they took an oath to uphold instead of constantly ruling against a disabled prose litigant despite evidence presented and laws they choose not to enforce. I wish to be compensated for damages, including out of pocket expenses and emotional distress damages provide permanent injunctive relief and appropriate equitable relief per HUD regulations

**Jury Demand**

☑ Check this box if you are requesting a jury trial (if you want a jury of your peers to decide your case).

☐ Check this box if you are NOT requesting a jury trial (if you want the assigned judge to decide your case).

Date: 6/20/18

Signature: *Margaret Hris*