Margaret Kms waiting for response
from Boston
HUD office
since March

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

BOSTON, MA 02222

| Certified Mail Fee | $3.45 | 0108 |
| Extra Services & Fees (check box, add fee as appropriate) | $2.75 $0.00 | 04 |
| ☐ Return Receipt (hardcopy) | $ | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $6.70 | 03/30/2018 |
| Total Postage and Fees | $12.90 | |

Sent To US Housing and Urban Development
Street and Apt. No., or PO Box No. 10, Causeway Street
City, State, ZIP+4 Boston, Mass 02222

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

I addressed this issue with
HUD in Boston Mass in a formal
complaint still haven't had my
complaint processed while
I stand to lose my home
against Federal HUD and
ADA regulations

6/20/18

The State of New Hampshire
Supreme Court



EILEEN FOX
CLERK OF COURT
TIMOTHY A. GUDAS
DEPUTY CLERK
ALLISON R. COOK
DEPUTY CLERK

ONE CHARLES DOE DRIVE
CONCORD, N.H. 03301
(603) 271-2646
1-888-535-1946
TTY/TDD RELAY 1-800-735-2964
www.courts.state.nh.us

May 9, 2018

RECEIVED
MAY 1 4 2018
MANCHESTER DISTRICT DIVISION

Ms. Margaret Kris
P.O. Box 10023
Bedford, NH 03110

RE: 2018-0215, <u>Dusseault Family Revocable Trust of 2017 v. Margaret Kris</u>

Dear Ms. Kris:

On April 23, 2018, a filing in reference to the above-captioned matter was received in the clerk's office and has been docketed as case number 2018-0215. A court order will be issued regarding further proceedings.

All correspondence and pleadings, which are filed at the Supreme Court by any party in the case, except the initial filing of the appeal document, must have the correct Supreme Court docket number. Please refer to Rule 26.

Very truly yours,

8803
www. courts. state. nh.us

Allison R. Cook
Deputy Clerk

Distribution:
9th N.H. Circuit Court - Manchester District Division, 456-2018-LT-00234
Sean E. Curran, Esquire
File

1 PM

 

The State of New Hampshire
Supreme Court

EILEEN FOX
CLERK OF COURT
TIMOTHY A. GUDAS
DEPUTY CLERK
ALLISON R. COOK
DEPUTY CLERK



ONE CHARLES DOE DRIVE
CONCORD, N.H. 03301
(603) 271-2646
1-888-535-1946
TTY/TDD RELAY 1-800-735-2964
www.courts.state.nh.us

May 9, 2018

Ms. Margaret Kris
P.O. Box 10023
Bedford, NH 03110

RE: 2018-0215, <u>Dusseault Family Revocable Trust of 2017 v. Margaret
Kris</u>

Dear Ms. Kris:

On April 23, 2018, a filing in reference to the above-captioned matter was
received in the clerk's office and has been docketed as case number 2018-0215.
A court order will be issued regarding further proceedings.

All correspondence and pleadings, which are filed at the Supreme Court
by any party in the case, except the initial filing of the appeal document, must
have the correct Supreme Court docket number. Please refer to Rule 26.

Very truly yours,

Allison R. Cook
Deputy Clerk

Distribution:
9th N.H. Circuit Court - Manchester District Division, 456-2018-LT-00234
Sean E. Curran, Esquire
File

# THE STATE OF NEW HAMPSHIRE

## SUPREME COURT

**In Case No. 2018-0215, <u>Dusseault Family Revocable Trust of 2017 v. Margaret Kris</u>, the court on June 13, 2018, issued the following order:**

Notice of appeal is declined. <u>See</u> Rule 7(1)(B).

Under Supreme Court Rule 7(1)(B), the supreme court may decline to accept a notice of discretionary appeal from the superior or circuit court. No appeal, however, is declined except by unanimous vote of the court with at least three justices participating.

This matter was considered by each justice whose name appears below. If any justice who considered this matter believed the appeal should have been accepted, this case would have been accepted and scheduled for briefing.

<u>Declined.</u>

Lynn, C.J., and Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Eileen Fox,
Clerk**

Distribution:
9th N.H. Circuit Court - Manchester District Division, 456-2018-LT-00234
Honorable William H. Lyons
Judicial Referee David L. Kent
Ms. Margaret Kris
Sean E. Curran, Esquire
File

# RECEIVED

JUN 1 5 2018

MANCHESTER DISTRICT DIVISION

7

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
http://www.courts.state.nh.us

RECEIVED

MAY 0 4 2018

MANCHESTER DISTRICT DIVISION

Court Name: Manchester District Court 9th Circuit

Case Name: Dusseault Family Revocable Trust 2017

Case Number: 456-18- LTA 234
(if known)

MOTION: Written clarification Denied by clerk of courts Karen pertaining to rental amount

I, Margaret Kris state the following facts and request the following relief:

Per my housing contract my portion of the rent is $330.00 monthly. The court amount 82.50 4 times a month comes out to $330.04 when asked how the court came to this amount I was told by Karen that it was computer generated. Anything on a computer can be printed and there-fore should be available as I shouldn't be paying any more than I already are. Thank you 5/4/18

Date

Telephone

I certify that on this date I provided a copy of this document to _____ (other party's attorney) by: ☐ Hand-delivery OR ☐ US Mail OR
(other party) or to

☐ E-mail (E-mail only by prior agreement of the parties based on Circuit Court Administrative Order)

Date 5/4/18

Signature Margaret Kris

Address P.O. Box 10023
Bedford NH 03110
Sean Curran

Signature Margaret Kris

## ORDER

☐ Motion granted.   ☐ Motion denied.

Recommended:

Date

Signature of Marital Master

Printed Name of Marital Master

So Ordered:

I hereby certify that I have read the recommendation(s) and agree that, to the extent the marital master/judicial referee/hearing officer has made factual findings, she/he has applied the correct legal standard to the facts determined by the marital master/judicial referee/hearing officer.

Date

Signature of Judge

Printed Name of Judge

JB-2201-DF (08/29/2014)

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
http://www.courts.state.nh.us

Court Name: Manchester District Court 9th Circuit

Case Name: Dusseault Family Revocable Trust vs Margaret Khis

Case Number: 456-18-Lt 234
(if known)

**MOTION:** Extension to pay rent till June 3rd

I, Margaret khis when I recieve my disability benefits
state the following facts and request the following relief:
though my disability payments are supposed to be
for my personal use a large amount of it
is being spent in family court in this
court house. Rent is due on the first
of June I don't recieve my disability
check till the third. I have exhausted
my benefits for the month of May in
litigation downstairs and paying rent
to the court. I can't pay on the first. Any
consideration to this matter is greatly appreciated

Date 5/25/18     I dont     Signature Margaret khis
                 want to be
Telephone        homeless.     Address PO Box 10093
                                        Bedford NH 03110
I certify that on this date I provided a copy of this document to
_____ Attorney Curtin (other party) or to
(other party's attorney) by: ☐ Hand-delivery OR ☑ US Mail OR
☐ E-mail (E-mail only by prior agreement of the parties based on Circuit Court Administrative Order).

Date 5/25/18     Signature Margaret Khis

---

## ORDER

☑ Motion granted.     ☐ Motion denied.

**Recommended:**

Date June 1, 2018     Signature of Marital Master J L Kent
                      Printed Name of Marital Master David L. Kent

**So Ordered:**
I hereby certify that I have read the recommendation(s) and agree that, to the extent the marital master/judicial referee/hearing officer has made factual findings, she/he has applied the correct legal standard to the facts determined by the marital master/judicial referee/hearing officer.

Date 6/1/18     Signature of Judge
                Printed Name of Judge William H. Lyons

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
http://www.courts.state.nh.us

Court Name: Manchester District Court 9th Circuit

Case Name: Dusseault Family Revocable trust vs Margaret Kris

Case Number: 456-18-LA234
(if known)

MOTION: To have Court rule on extension make court aware of ongoing issue with Frances Dusseault not honoring housing

I, Margaret Kris state the following facts and request the following relief:

Tomorrow is the first rent is due to the court contract. I fear becoming homeless because my landlord Frances Dusseault refuses to honor her housing contract and would rather remove me from my home than address building issues. I have enclosed a letter I wrote to the housing authority building issues have gotten so bad that community policing is now involved. A repair hasn't been made anything on 4 months. I need to know whether my extension is granted or not as a disabled individual on a fixed income it is a concern thank you

Date 5/30/18

Signature Margaret Kris

Telephone

Address PO Box 10023 Bedford NH 03110

I certify that on this date I provided a copy of this document to Emmit Curran
(other party's attorney) by: (other party) or to

☐ E-mail (E-mail only by prior agreement of the parties based on Circuit Court Administrative Order). ☐ Hand-delivery OR ☑ US Mail OR

Date 5/30/18

Signature Margaret Kris

## ORDER

☐ Motion granted.          ☐ Motion denied.

**Recommended:**

Date _____

Signature of Marital Master _____

Printed Name of Marital Master _____

**So Ordered:**
I hereby certify that I have read the recommendation(s) and agree that, to the extent the marital master/judicial referee/hearing officer has made factual findings, she/he has applied the correct legal standard to the facts determined by the marital master/judicial referee/hearing officer.

Date _____

Signature of Judge _____

Printed Name of Judge _____

STATE OF NEW HAMPSHIRE

HILLSBOROUGH COUNTY,        9th Circuit, District Division, Manchester Court
456-2018-LT-00234

**Dusseault Family Revocable Trust of 2017**
V
**Margaret Kris & All Others**

<u>OBJECTION to MOTION FOR EXTENSION</u>

NOW COMES Plaintiff, by and through undersigned counsel and in support of this Objection, states that:

1. Defendant's motion does not establish a basis for the relief requested.

2. NH RSA 540:25 contains multiple mandates that payments to the court are to be paid as

   they come due.  Pertinent language includes this directive:

   "If rent is not paid by the due date, the court shall immediately mail a notice of default to

   the tenant and issue a writ of possession to the landlord."

3. No hearing is requested or required for a ruling on the motion and objection thereon.

WHEREFORE  Plaintiff prays this Court:

A.     Deny the Motion for Extension dated May 25, 2018

B.     Issue Writ of Possession immediately if rent is not paid by the due date.

Respectfully Submitted,
Plaintiff, by

**May 30, 2018**     _____

Sean E. Curran, Plaintiff's attorney
P.O. Box 3043, Manchester, NH 03105
(603) 644-1060          NHBA#8771

I hereby certify that a copy of this document
was mailed to defendant(s)

**May 30, 2018**     _____

Sean E. Curran, Plaintiff's attorney

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### NH CIRCUIT COURT

9th Circuit - District Division - Manchester
35 Amherst Street
Manchester NH  03101

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

June 01, 2018

**FILE COPY**

Case Name:   **Dusseault Family Revocable Trust of 2017 v. Margaret Kris, et al**
Case Number:   **456-2018-LT-00234**

On June 1, 2018, Judge William H. Lyons approved the following recommendation by Judicial Referee David L. Kent on the defendant's Motion for Extension:

"Motion granted,"  Weekly rent payment must be paid by close of business on Monday, June 4, 2018.

Mary A. Barton
Clerk of Court

(436)

C: Sean E. Curran, ESQ; Margaret Kris

MAILED   JUN 0 1 2018

# THE STATE OF NEW HAMPSHIRE

## SUPREME COURT

In Case No. 2018-0215, <u>Dusseault Family Revocable Trust of 2017 v. Margaret Kris</u>, the court on June 13, 2018, issued the following order:

Notice of appeal is declined.  <u>See</u> Rule 7(1)(B).

Under Supreme Court Rule 7(1)(B), the supreme court may decline to accept a notice of discretionary appeal from the superior or circuit court.  No appeal, however, is declined except by unanimous vote of the court with at least three justices participating.

This matter was considered by each justice whose name appears below.  If any justice who considered this matter believed the appeal should have been accepted, this case would have been accepted and scheduled for briefing.

<u>Declined</u>.

Lynn, C.J., and Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

Eileen Fox,
**Clerk**

Distribution:
9th N.H. Circuit Court - Manchester District Division, 456-2018-LT-00234
Honorable William H. Lyons
Judicial Referee David L. Kent
Ms. Margaret Kris
Sean E. Curran, Esquire
File

**RECEIVED**

JUN 1 5 2018

MANCHESTER DISTRICT DIVISION



# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
http://www.courts.state.nh.us

9th Circuit

Court Name: Manchester District Court

Case Name: Dusseault Family Revocable Trust of 2017 vs Marga Kris

Case Number: 456-2018-LT-234
(if known)

MOTION: For extension of rental payment till July 3, 2018

I, Margaret Kris state the following facts and request the following relief:

Several months ago I put in a complaint to the HUD office in Boston Mass regarding this retalitory eviction and per federal law was supposed to recieve a written response as to why my complaint wasn't processed that hasn't happened yet though several months have gone by. As a disabled individual my income is limited and now the Supreme court has denied my appeal. According to New Hampshire Statues TITLE LV-Chapter 540

Date 6/18/18

Signature Margaret Kris

Address PO Box 10023 Bedford NH 03110

Telephone

I certify that on this date I provided a copy of this document to Sean Curran (other party's attorney) by: ☐ Hand-delivery OR ☑ US Mail OR
☐ E-mail (E-mail only by prior agreement of the parties based on Circuit Court Administrative Order).

Date 6/18/18

Signature Margaret Kris

---

## ORDER

RECEIVED

☐ Motion granted.          ☐ Motion denied.

**Recommended:**

JUN 18 ...

MANCHESTER DISTRICT DIVISION

Date

Signature of Marital Master

Printed Name of Marital Master

**So Ordered:**
I hereby certify that I have read the recommendation(s) and agree that, to the extent the marital master/judicial referee/hearing officer has made factual findings, she/he has applied the correct legal standard to the facts determined by the marital master/judicial referee/hearing officer.

Date

Signature of Judge

Printed Name of Judge

NHJB-2201-DF (08/29/2014)                    Page 1 of 1



# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
http://www.courts.state.nh.us

*9th Circuit*

Court Name: Manchester District Court

Case Name: Dusseault Family Revocable Trust of 2017 vs Margaret Rhis

Case Number: 456-2018-LT-234
(if known)

**MOTION:** For extension of rental payment till July 3, 2018

I, Margaret Rhis
state the following facts and request the following relief:

Section 540:13 B evidence of intent to retaliate unless the court finds that the act of the tenant action or in organizing relative to alleged violations by a landlord was primarily intended to prevent an eviction. Section 540:9 Payment after notice non payment of rent, utility charges or any other lawful charge contained in a lease or oral or written rental agreement if the tenant before the expiration of the notice

Date: 6/18/18

Signature: Margaret Rhis

Telephone:

Address: PO Box 10023 Bedford NH 03110

I certify that on this date I provided a copy of this document to Sean Curtin (other party's attorney) by: ☐ Hand-delivery OR ☑ US Mail OR

☐ E-mail (E-mail only by prior agreement of the parties based on Circuit Court Administrative Order).

Date: 6/18/18

Signature: Margaret Rhis

---

## ORDER

RECEIVED

☐ Motion granted.     ☐ Motion denied.

**Recommended:**

JUN 18 2018

MANCHESTER DISTRICT DIVISION

Date _____

Signature of Marital Master _____

Printed Name of Marital Master _____

**So Ordered:**

I hereby certify that I have read the recommendation(s) and agree that, to the extent the marital master/judicial referee/hearing officer has made factual findings, she/he has applied the correct legal standard to the facts determined by the marital master/judicial referee/hearing officer.

Date _____

Signature of Judge _____

Printed Name of Judge _____



3.

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
http://www.courts.state.nh.us

9th Circuit

Court Name: Manchester District Court

Case Name: Dusseault Family Revocable Trust of 2017 vs Margaret Kris

Case Number: 456-2018-CT-234
(if known)

**MOTION:** For extension of rental payment till July 3, 2018

I, Margaret Kris
state the following facts and request the following relief:

pays or tenders all arrearages plus 15.00 as liquidated damages provided, however that tentant may not defeat an eviction for non payment by use of this section more than 3 times within a 12 month period Source 1905 57:1 Pl 357:9 RL 413:9 RSA 540:9 1985 249:4 2000 iss:1 eff Jan 1, 2001. I had the full amount of past due rent with me that is on record with a dated money orders, at hearin Why wasn't I given the oppor-tunity to do this as per law? Instead I have

Date 6/18/18

Signature Margaret Kris
Address PO Box 10023
Bedford, NH 03110

Telephone _____

I certify that on this date I provided a copy of this document to Sean Curran (other party's attorney) by: ☐ Hand-delivery OR ☑ US Mail OR (other party) or to

☐ E-mail (E-mail only by prior agreement of the parties based on Circuit Court Administrative Order).

Date 6/18/18

Signature Margaret Kris

---

## ORDER

RECEIVED

☐ Motion granted.        ☐ Motion denied.

**Recommended:**

JUN 1 8

Date _____

Signature of Marital Master        MANCHESTER DISTRICT DIVISION

Printed Name of Marital Master

**So Ordered:**

I hereby certify that I have read the recommendation(s) and agree that, to the extent the marital master/judicial referee/hearing officer has made factual findings, she/he has applied the correct legal standard to the facts determined by the marital master/judicial referee/hearing officer.

Date _____

Signature of Judge

Printed Name of Judge

(4.)

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
http://www.courts.state.nh.us

9th
Circuit

Court Name: Manchester District Court

Case Name: Dusseault Family IV Revocable Trust of 2017 vs Marquet

Case Number: 456-2018-CV-234

**MOTION:** For extension of rental payment RFS
Marquet RFS till July 13, 2018 ☐ rental payment RFS

I, _____, state the following facts and request the following relief:

Been forced into the appeals process placing
Dusseault family RFS and husband son to
disabled law violated because of energy
wasn't son... and... out allowed to
put... my... RFS process... to
process... allowing... one
violation... placing... one
5409 conflict of laws and provisions of federal
law claim to rental and inconsistent owned of federal
subsidized by the federal government which
are inconsistent with Marquet... then

Date 6/18/18                                Signature _____

Telephone _____    Address PO Box 10023
                                           Georgian NH 03770
I certify that on this date I provided a copy of this document to Sean Curran (other party) or to
_____ (other party's attorney) by: ☐ Hand-delivery  OR  ☐ US Mail  OR
☐ E-mail (E-mail only by prior agreement of the parties based on Circuit Court Administrative Order).

Date 6/18/18                                Signature Marquet RFS

## ORDER

☐ Motion granted.          ☐ Motion denied.

**Recommended:**

Date _____                   Signature of Marital Master _____

                                           Printed Name of Marital Master _____

**So Ordered:**
I hereby certify that I have read the recommendation(s) and agree that, to the extent the marital master/judicial
referee/hearing officer has made factual findings, she/he has applied the correct legal standard to the facts
determined by the marital master/judicial referee/hearing officer.

Date _____                   Signature of Judge _____

                                           Printed Name of Judge _____

RECEIVED
JUN 18

NHJB-2201-DF (08/28/2014)                  Page 1 of 1



S.

9th Circuit

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### http://www.courts.state.nh.us

Court Name: Manchester District Court

Case Name: Dusseault Family Revocable Trust of 2017 vs Margaret Rhs

Case Number: 456-2018-LT-234
(if known)

**MOTION:** for extension of rental payment till July 3, 2018

I, Margaret Rhs
state the following facts and request the following relief:
the provisions of federal law shall apply in conjunction with the provisions of this chapter Source 1985 244:9 eff. Aug, 1985 ADA prohibits discrimination against persons with disabilities In general a physical or mental impairment includes hearing and chronic mental illness. Requires housing providers to make reasonable accommodations at all stages of the housing process including application tenancy or to prevent eviction Title II of the ADA This retaliatory eviction

Date 6/18/18

Signature Margaret Rhs

Telephone _____

Address PO Box 10023 Bedford NH 03110

I certify that on this date I provided a copy of this document to Sean Cutair (other party's attorney) by: _____ (other party) or to

☐ E-mail (E-mail only by prior agreement of the parties based on Circuit Court Administrative Order). ☐ Hand-delivery OR ☑ US Mail OR

Date 6/18/18

Signature Margaret Rhs

---

## ORDER

RECEIVED

☐ Motion granted.   ☐ Motion denied.

**Recommended:**

JUN 1 8

Date _____

Signature of Marital Master   MANCHESTER DISTRICT COURT

Printed Name of Marital Master

**So Ordered:**
I hereby certify that I have read the recommendation(s) and agree that, to the extent the marital master/judicial referee/hearing officer has made factual findings, she/he has applied the correct legal standard to the facts determined by the marital master/judicial referee/hearing officer.

Date _____

Signature of Judge

Printed Name of Judge

NHJB-2201-DF (08/29/2014)



# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### http://www.courts.state.nh.us

9th
Circuit

Court Name: Manchester District Court

Case Name: Dusseault Family Revocable Trust of 2017 vs
Margaret

Case Number: 456-2018-CV-234
(if known)

MOTION: For extension of rental payment & his
till July 3, 2018

I, Margaret his
state the following facts and request the following relief:
is costing me more money because these laws
weren't enforced. Federal law supersedes
all state law and I shouldn't be forced
from my home because laws weren't
followed. I need this extension to
file for reconsideration with the
supreme court, address HUD in Boston
by contacting HUD in Washington
allot an unnecessary cost to me because
remedy wasn't sought. Grant relief constitutionally
fair and just

Date 6/18/18

Signature Margaret his

Address PO Box 10023
Bedford, NH 03110

Telephone

I certify that on this date I provided a copy of this document to
Sean Curran (other party) or to
_____ (other party's attorney) by: ☐ Hand-delivery OR ☑ US Mail OR
☐ E-mail (E-mail only by prior agreement of the parties based on Circuit Court Administrative Order).

Date 6/18/18

Signature Margaret his

---

## ORDER

☐ Motion granted.      ☐ Motion denied.

**Recommended:**

RECEIVED

JUN 18

Date

Signature of Marital Master       MANCHESTER DISTRICT DIVISION

Printed Name of Marital Master

**So Ordered:**
I hereby certify that I have read the recommendation(s) and agree that, to the extent the marital master/judicial
referee/hearing officer has made factual findings, she/he has applied the correct legal standard to the facts
determined by the marital master/judicial referee/hearing officer.

Date

Signature of Judge

Printed Name of Judge

NHJB-2201-DF (08/29/2014)                    Page 1 of 1

*EXHIBIT A*

**Housing Discrimination Complaint**

*Complaint to HUD in Boston no response as per Federal law*

U.S. Department of Housing and Urban Development
Office of Fair Housing and Equal Opportunity

Please type or print this form - Do not write in shaded area

OMB Approval No. 2529-0011 (Exp. 09/3...)

Public Reporting Burden for this collection of information is estimated to average 1.0 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Reports Management Officer, Office of Information Policies and Systems, U.S. Department of Housing and Urban Development, Washington, D.C. 20410-3600 and to the Office of Management and Budget, Paperwork Reduction Project (2529-0011), Washington, D.C. 20503. Do not send this completed form to either of these addresses.

Instructions: Read this form and the instructions on reverse carefully before completing. All questions should be answered. However, if you do not know the answer, or if a question is not applicable, leave the question unanswered and fill out as much of the form as you can. Your complaint should be signed and dated. Where more than one individual or organization is filing the same complaint, and all information is the same, each additional individual or organization should complete boxes 1 and 7 of a separate complaint form and attach it to the original form. Complaints may be presented in person or mailed to the Regional Office covering the State where the complaint arose (see list on back of form), any local HUD Field Office, or to the Office of Fair Housing and Equal Opportunity, U.S. Department of HUD, Washington, D.C. 20410.

**This section is for HUD use only.**

Number: _____

(Check ✓ applicable box):
☐ Referral and Agency (specify)
☐ Systemic ☐ Military Referral

Filing Date: _____

Jurisdiction:
☐ Yes ☐ No
☐ Additional Info

Signature of HUD personnel who established Jurisdiction:

MANCHESTER DISTRICT DIVISION

1. Name of aggrieved person or organization (last name, first name, middle initial) (Mr., Mrs., Miss, Ms.):
**Mrs. Margaret P. Ms.**
Street Address (city, county, State and zip code):
**P.O. Box 10023 Bedford, N.H. 03110**
Home Phone: **(603) 858-3278**   Business Phone:

2. Against whom is this complaint being filed? Name (last name, first name, middle initial):
**Dussault Family Revocable Trust**
Street Address (city, county, State and zip code):
**45 Lynchville Park Goffstown, NH 03045**   Phone Number:

Check the applicable box or boxes which describe(s) the party named above
☐ Builder ☑ Owner ☐ Broker ☐ Salesperson ☐ Supt. or Manager ☐ Bank or Other Lender ☐ Other

If you named an individual above who appeared to be acting for a company in this case, check ✓ this box ☑ and write the name and address of the company in this space:
Name **Sean E. Cullen Attorney NHBA # 8771**   Address: **P.O. Box 3043 Manchester, NH 03105**

Name and identity others (if any) you believe violated the law in this case
**Frances Dussault Charlene Dussault Joanne Dussault**

3. What did the person you are complaining against do? Check ✓ all that apply and give the most recent date these act(s) occurred in block No. 6a below.
☑ Refuse to rent, sell, or deal with you
☐ Falsely deny housing was available
☑ Discriminate in the conditions or terms of sale, rental occupancy, or in services or facilities
☐ Advertise in a discriminatory way
☐ Engage in blockbusting
☐ Discriminate in financing
☐ Discriminate in broker's services
☑ Intimidated, interfered, or coerced you to keep you from the full benefit of the Federal Fair Housing Law
☑ Other (explain) **Eviction due to rent withholding for repairs misrepresented about bug infestation caused me to lose electrical assista**

4. Do you believe that you were discriminated against because of your race, color, religion, sex, handicap, the presence of children under 18, or a pregnant female in the family or your national origin? Check ✓ all that apply:
☐ Race or Color: ☐ Black ☐ White ☐ Other
☑ Religion (specify) **Roman Catholic**
☐ Sex: ☐ Male ☐ Female
☑ Handicap ☑ Physical ☑ Mental **Deaf in left ear**
☑ Familial Status **Single** ☐ Presence of children under 18 in the family ☐ Pregnant female
☑ National Origin: ☐ Hispanic ☐ Asian or Pacific Islander ☐ American Indian or Alaskan Native ☑ Other (specify) **Eastern European**

5. What kind of house or property was involved?
☐ Single-family house
☐ A house or building for 2, 3, or 4 families
☑ A building for 5 families or more
☐ Other, including vacant land held for residential use (explain)

Did the owner live there?
☐ Yes ☑ No ☐ Unknown

Is the house or property:
☐ Being sold? ☑ Being rented?

What is the address of the house or property? (street, city, county, State and zip code)
**102 Putnam Street Manchester, NH 03102 Hillsborough County**

5. Summarize in your own words what happened. Use this space for a brief and concise statement of the facts. Additional details may be submitted on an attachment. Note: HUD will furnish a copy of the complaint to the person or organization against whom the complaint is made.
**renting Joanne lied and said her mom got my electrical assistance not true her mom had unwanted physical contact with me had to call police verbal assault negligent landlord doesn't return calls or texts to maintain the property wasn't given insect disclosure per NH law before**

6a. When did the act(s) checked in Item 3 occur? (Include the most recent date if several dates are involved)

I declare under penalty of perjury that I have read this complaint (including any attachments) and that it is true and correct.
Signature and Date:

EXHIBIT B

Money orders
for full amount
of rent brought
to hearing but
withheld for
repairs when
retalitory
eviction ensued
I wasn't given
the opportunity
to pay as
per law



**WESTERN UNION FINANCIAL SERVICES INC** ISSUER - Englewood, Colorado

17-666536907

A 128471 D 030818
T 1635 22
176665369076 L 033202

NOT GOOD OVER $500

$330.00

PAY EXACTLY THREE HUNDRED THIRTY DOLLARS AND NO CENTS

PAY TO THE ORDER OF   Frances Dussault
102   Putnam Street

MONEY ORDER RECEIPT - NON NEGOTIABLE

AGT 128471 LOC 033202 DT 030818 $330.00 3HUNDRED30DOLLARS AND NO CENTS

* 17666536907 *



Valid Money Order includes: 1. Heat sensitive, red stop sign AND 2. Contains a True Watermark hold up to light to view.

**MoneyGram.**   INTERNATIONAL MONEY ORDER

To Validate: Touch the stop sign, then watch it fade and reappear

PAY TO THE ORDER OF:/
PAGAR A LA ORDEN DE:   Frances Dussault
IMPORTANT - SEE BACK BEFORE CASHING

Margaret Kris

PURCHASER, SIGNER FOR DRAWER / COMPRADOR, FIRMA DEL LIBRADOR
PURCHASER, BY SIGNING YOU AGREE TO THE SERVICE CHARGE AND OTHER TERMS ON THE REVERSE SIDE

ADDRESS:/ DIRECCIÓN:   102 Putnam St

Payable Through BOKF, NA
Enid, OK

ISSUER/DRAWER: MONEYGRAM PAYMENT SYSTEMS, INC.

PAY EXACTLY  THREE HUNDRED THIRTY DOLLARS 00 CENTS *******

MONEY ORDER NUMBER  R2077 643838 71

CALL 1-800-542-3590 TO VERIFY



**MoneyGram.**

R2077643838 71

RECEIVED

JUN 18 2018

MANCHESTER DISTRICT DIVISION

EXHIBIT C



**M A N C H E S T E R**
HOUSING AND REDEVELOPMENT AUTHORITY
HOUSING CHOICE VOUCHER PROGRAM
198 Hanover Street, Manchester, New Hampshire 03104
603-624-2100 FAX 603-624-2113 TDD 1-800-545-1833, ext. 590

September 14, 2017

MARGARET P KRIS
102 PUTNAM ST 1ST Apt. FLOOR
MANCHESTER, NH 03102

DUSSEAULT, CHARLES OR FRANCES
45 LYNCHVILLE PARK
GOFFSTOWN, NH 03045

Owner#48                    Subsidy No.V166702

### SECTION 8 PROGRAM CONTRACT AND LEASE AMENDMENT

The Housing Assistance Payments Contract between the owner, DUSSEAULT, CHARLES OR FRANCES, and the Manchester Housing and Redevelopment Authority of behalf of the family, MARGARET P KRIS and the lease associated with this contract, are hereby amended due to:

( ✓ ) Initial/Annual review of family income and/or composition
( ) Interim change in family income and/or composition
( ) Rent adjustment requested by the owner and approved by the Authority.

Rental Payments are adjusted as follows:

|  |  |
|---|---|
| TENANT RENT | $330.00 |
| HAP AMOUNT | $936.00 |
| CONTRACT RENT | $1266.00 |

Pro-rated TTP 9/15-9/30/17 $176.00
Pro-rated HAP 9/15-9/30/17 $499.00

This Amendment will be effective September 15, 2017.

*[handwritten: Housing subsidized by the Federal government HUD has laws in place to protect disabled individuals that aren't being followed]*

This Amendment is in accordance with the terms and conditions of your contract and/or lease and should be attached to and made a part of these documents. All other terms and conditions of these documents remain unchanged by this Amendment. Families disputing this change in rental payments may request an Informal Hearing by calling this office at 624-2100 within fourteen (14) working days from the date of this letter. Also, a copy of the most recent utility allowance schedule attached to this Amendment.

*[stamp: RECEIVED]*

*[stamp: JUN 1 8]*

*[stamp: MANCHESTER DISTRICT DIVISION]*

SOCIAL SECURITY ADMINISTRATION                *EXHIBIT D*

Date: December 20, 2017
Claim Number: XXX-XX-9790A
                XXX-XX-9790DI


MARGARET P KRIS
102 PUTNAM ST
MANCHESTER NH 03102-3939

*My monthly income RECEIVED*

JUN 18

MANCHESTER DISTRICT DIVISION

You asked us for information from your record. The information that you
requested is shown below. If you want anyone else to have this information, you
may send them this letter.


Information About Current Social Security Benefits

   Beginning December 2017, the full monthly
   Social Security benefit before any deductions is......$ 1238.20

      We deduct $0.00 for medical insurance premiums each month.

   The regular monthly Social Security payment is........$ 1238.00
   (We must round down to the whole dollar.)

   Social Security benefits for a given month are paid the following month. (For
   example, Social Security benefits for March are paid in April.)

   Your Social Security benefits are paid on or about the third of each month.


Information About Supplemental Security Income Payments

   Beginning February 1994, the current
   Supplemental Security Income payment is...............$ 0.00

   This payment amount may change from month to month if income or
   living situation changes.

   Supplemental Security Income Payments are paid the month they are due. (For
   example, Supplemental Security Income Payments for March are paid in March.)

   Payments were stopped beginning June 1994.

Medicare Information

   You are entitled to hospital insurance under Medicare beginning August 1993.

   You are entitled to medical insurance under Medicare beginning August 1993.

Type of Social Security Benefit Information

 You are entitled to monthly disability benefits.

SUSPECT SOCIAL SECURITY FRAUD?

 Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud
 Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

IF YOU HAVE QUESTIONS

We invite you to visit our web site at www.socialsecurity.gov on the Interne
to find general information about Social Security. If you have any specific
questions, you may call us toll-free at 1-800-772-1213, or call your local
office at 866-814-5408. We can answer most questions over the phone. If you ar
deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can
also write or visit any Social Security office. The office that serves your
area is located at:

                         SOCIAL SECURITY
                         SUITE 201
                         1100 ELM ST
                         MANCHESTER, NH 03101

If you do call or visit an office, please have this letter with you. It will
help us answer your questions. Also, if you plan to visit an office, you may
call ahead to make an appointment. This will help us serve you more quickly
when you arrive at the office.

                         OFFICE MANAGER

                    Social Security Administration
                      1100 Elm St, Suite 201
                      Manchester, NH 03101

                         RECEIVED

                          JUN 1 5

                    MANCHESTER DISTRICT OFFICE

Case 1:18-cv-00566-LM   Document 1-1   Filed 06/20/18   Page 22 of 46

(1.)

To Bonnie Housing supervisor,    5/14/18

As you are aware I am currentl
in the Supreme Court in Conc.
disputing a retatitory eviction
by my landlord, Frances Dussea
for rent witholding for repair.
The electricity in the bathro
hallway is still in disrepair 3
months later. I also lost
my electrical assistance becau
Frances daughter Joanne, lied
when we were negotiating th
rental agreement stating her
mother Frances would retain
my electrical assistance whic
isn't the case, rather I hav
lost my assistance due to th
deception. Lastly I had to
call the police twice in the
past week as my neighbor
on the third floor left apt
has moved in homeless
drug addicts, and their two
children. The lease specificad
states no subletting and she
has 3 families living in
that apartment, telling tho.

| Calls For Service Report | Call ID: *18051246* | | Printed: May 14, 2018 |
|---|---|---|---|

| 1. Agency<br><br>MPD | 2. Person Received Complaint<br><br>Gratiano, Jeffrey T | 3. Date/Time Received<br>05/05/2018    13:59<br>4. Time Dispatched<br>15:45 | 5. Time Arrived<br>15:48<br>6. Time Complete<br>16:37 | 7. Case #<br><br>18-006631 |
|---|---|---|---|---|

| 8. Nature Of Incident | ARGUMENT |
|---|---|

| 9. Location Of Incident | 102 PUTNAM ST, MANCHESTER, NH 03102 |
|---|---|

| 10. Victim or Caller | KRIS,MARAGARET |
|---|---|

| 11. Classification | 12. How Received<br>`PHONE` I/CAD CALL | 13. Disposition<br>CLDS | 14. Officer<br>Callahan, Lisa S | 15. Date Submitted<br>05/05/2018 |
|---|---|---|---|---|

**Notes:** ** LOI search completed at 05/05/18 13:59:24
IN THE REAR THERE IS A MALE ON THE CALLERS PORCH THAT WONT LEAVE
HE VERBALLY ABUSED AND THREATENED
THE CALLER
W/M BLU SHORTS BLU SHIRT
DOESNT LIVE THERE
MARGARET ███
GETTING CALL FROM MALE HALF
SAYS MARGARET IS THE AGGRESSOR
MARGARET JUST CALLED BACK AND SAYS ITS ESCALATING
BROKE HSI COFFEE MUG AND HAS BEEN SWEARING AT HIM AND HIS KDIS
STEFAN BERRINGER ███
5573219***
** Event P18051246 viewed at: 05/05/2018 14:44:10
** >>>> by: 100023 on terminal : 100023
THEY CALLED BACK AND SAID THAT A FEMALE THREW HOT URINE ON HER AND HER HUSBAND
** Event Type changed from UNWTD to ARGUE at: 05/05/18 14:48:36
** >>>> by: ELIZABETH MCLAUGHLIN on terminal: mpd-130012261
** Event Priority changed from 2 to 3 at: 05/05/18 14:48:37
** >>>> by: ELIZABETH MCLAUGHLIN on terminal: mpd-130012261
MARAGARET CALLED AGAIN THEY TOOK PICTURES OF HER CAR.
SHE GOT THEM OFF HER PORCH BY POURING HER DIRTY MOP BUCKET WATER ON THE PORCH
** Case number C18006631 has been assigned to event P18051246
** >>>> by: ROBERT JOSEPHSON on terminal: mpd-130012261

R Cfsv1

| Calls For Service Report   Call ID: *18054803* | | | | | Printed: May 14, 2018 |
|---|---|---|---|---|---|
| 1. Agency<br><br>MPD | 2. Person Received Complaint<br><br>Thompson, Paul J | 3. Date/Time Received<br>05/13/2018    19:32<br>4. Time Dispatched<br>20:04 | 5. Time Arrived<br>20:04<br>6. Time Complete<br>20:12 | | 7. Case #<br><br>- |
| 8. Nature Of Incident | NEIGHBOR COMPLAINT | | | | |
| 9. Location Of Incident | 102 PUTNAM ST, MANCHESTER, NH 03102 | | | | |
| 10. Victim or Caller | MARGARET KRIS | | | | |
| 11. Classification | 12. How Received<br>`PHONE` I/CAD CALL | 13. Disposition<br>SOLVED AT SCENE | 14. Officer<br>Daigneault, Jordan T | | 15. Date Submitted<br>05/13/2018 |

**Notes:** ** LOI search completed at 05/13/18 19:32:02
PEOPLE VISITING NEIGHBOR ARE CAUSING PROBLEMS FOR THE CALLER. THEY ARE SITTING ON HER PORCH AND LETTING THEIR CHILDREN DO SO AS WELL
LAST WEEK THERE WAS AN ALTERCATION INVOLVING THESE PARTIES

R_Cfsv1

http://www.courts.state.nh.us

Court Name: <u>New Hampshire Supreme Court</u>

Case Name: Dussault Family Revocable Trust

Case Number: 456-18-LT-234

Name of Party: Margaret Kris
(filing motion)

**MOTION FOR:** Extension of time to prepare Appeal

Reasons for requested relief:

I Margaret Kris have called every agency seeking assistance with preparing my appeal the following organizations are unable to assist NARC Legal Assist, Disability Rights center, HUD Boston I am a pro-se litigation preparing an appeal under duress without assistance. I wish the court to grant me 2 weeks extension ys to prepare index and recieve my Disability d to pay for filing fees, copies, and trans

Have you contacted all parties or their counsel to determine whether they assent to this motion?
☐ YES  ☑ NO

If you answered YES, do all parties or their counsel assent to this motion?
☐ YES  ☐ NO

Date: 4/23/18

Signature of Party or Counsel: Margaret Kris

**I certify that a copy of this motion has been mailed or hand-delivered to all other parties or their counsel.**

Date: 4/23/18

Signature of Party or Counsel: Margaret Kris

NHJB-2850-SUP (07/09/2013)

JUSSEAUT Family Revocable          v.          Margaret Kris
         Plaintiff  Trust 2017                  Defendant

## AFFIDAVIT OF ASSETS AND LIABILITIES

1. Name: Margaret Kris
2. Where do you live: 102 Putnam Street Manchester NH ( DOB: 3/4/1967
3. Marital Status: __✓__ Single ____ Married ____ Divorced ____ Separated ____ Widowed
4. List the names, ages, and relationships of dependents you support:

_____

5. If you are presently employed, state where and for how long:

N/A

6. If unemployed, state last date of employment: _____ ____Full-time ____Part-time
7. When do you anticipate new employment: _____
8. If your spouse is presently employed, state where and for how long: _____

N/A

9. If your spouse is unemployed, state last date of employment: _____
10. List other employed household members and their **weekly** income: _____

11. Please state **weekly** take-home amount:

|  | YOURS | SPOUSE'S |
|---|---|---|
| Salary/Wages | $ _____ | $ _____ |
| Pension/Trust Benefits | $ _____ | $ _____ |
| Unemployment Comp. | $ monthly | $ _____ |
| Social Security  SSDI | $ 1,238.00 | $ _____ |
| Investment income | $ _____ | $ _____ |
| Alimony | $ _____ | $ _____ |
| Child Support | $ _____ | $ _____ |
| Welfare Payments | $ _____ | $ _____ |
| Other | $ _____ | $ _____ |
|  |  | $ _____ |
| **TOTAL** | $ 1,238.00 | $ _____ |

12. What money is presently available to you:

Cash on hand                                              $ 40.00

Checking Account _____                     $ _____
                        Name of Bank

Savings Account _____                      $ _____
                        Name of Bank

Stocks/Bonds/Ira/Pension _____             $ _____

                                          **TOTAL**   $ _____

13. **(If inmate)** State amount deposited in inmate's account for the last three months: $_____

| | | | |
|---|---|---|---|
| Medical/Dental Insurance | $ | Other (specify): $ | 50.00 copies of court records parking registered mail |
| | $ 58.00 | | |

TOTAL $ 648.00

15. List any real estate you own, its market value and the amount you owe:
N/A

16. List any vehicles you own (car, truck, motorcycle, snowmobile, RV), their market value and the amount you owe:
2006 KIA SPECTRA Paid in full 1,900

17. List income tax paid last year: N/A

18. List income tax refund received last year: N/A

19. Other than monthly household expenses, list any bills you owe, amount owed, to whom, and monthly payments:
Manchester Mental Health 400 Manchester Urology 2

20. Other than those previously mentioned, list anyone to whom you owe money, amount and when it is due:
82.50 per week for rent to Manchester District

21. List court-ordered bills (i.e., alimony, judgment in law suit, etc.):
N/A

22. If anyone owes you money, state name, address, amount due, and when due:
N/A

23. List any property you have transferred within the last three years, to whom and for what price:
N/A

24. List any other assets or expenses not previously mentioned:
605. Dollars SSDI benefits to my daughters father

IF YOU NEED ADDITIONAL SPACE TO ANSWER ANY QUESTION ABOVE, ATTACH A SHEET
OF PAPER TO THIS FORM AND PROVIDE THE ADDITIONAL INFORMATION ON IT.

I swear the foregoing information and any information provided by me on any attached sheets is true and correct to the best of my knowledge under penalties of law.

4/23/18
Date

Margaret Kris
Signature

**(The following section must be completed only by inmates.)**

I swear under oath that this civil claim has not been previously brought   against the same parties or from the same operative facts in any state or federal court. I further swear that the foregoing information and any information provided by me on any attached sheets is true and correct to the best of my knowledge under penalties of law.

_____          _____
Date                                                          Signature

*Subscribed and sworn by appellant, before me.*

_____          _____
Date                                                          Notary Public



# THE STATE OF NEW HAMPSHIRE
## SUPREME COURT

Trial Court: _Supreme Court_

Docket No.: _456-2018-LT-00_

_Dussealt Family Revocable Trust 2017_

v.

_Margaret Kris_

2018 APR 23

RECEIVED
NEW HAMPSHIRE
SUPREME COURT

### Motion for Waiver of the Filing Fee

NOW COMES the plaintiff/defendant, _Margaret Kris_, and moves this Honorable Court to waive the entry fee in the above-captioned matter.

In support of this motion, it is stated as follows:

1. _I have Social Security Disability as my only income_

2. _I qualify for low income housing which pertains to this case_

3. _Trying to keep a roof over my head extra court costs present a financial burden_

WHEREFORE, for the above-stated reasons, it is respectfully requested that this Honorable Court waive the entry fee in this appeal.

Respectfully submitted,

_Margaret Kris_
Name

Copies:  Trial Court
         Opposing Counsel

I Margaret Kriss am advising you that Roland Howe has moved to Demotte Indiana with Brandy Lee des the fact that we are in custody litiga and have a court date January 29, 201 Manchester District court family divisio without notice to the court, myself, or my former attorney which is illegal. He hasn't provided a financial aff to the court or myself since 2005 colle $605.00 monthly from the Social Secu administration. This is fraud as he is a long distance truck driver m good money and has purchased homes in the last ten years. T last home is valued at $180,000 a f bedroom single family. My parenta rights were never terminated therefore paying support is suppo to allow me parental liberties whi are being denied to me by Rola and his choice to go out of state with our child. I am formally re questing an audit investigation for fraud for his failure to up his financial information. Immedia attention is requested. Thank you,

Margaret Kriss

2018-0215

# Index for Supreme Court Appeal

NH Supreme Court
**DROP BOX**
MAY - 1 2018
Date 4/30 Time _____

## Dusseault Family Revocable Trust 2017
### VS
## Margaret Kris

POSTED

Exhibit A- All communication to housing
housing voucher lease agreement
police report HUD complaint made
housing aware of rent witholding
Exhibit B- All texts sent to landlord
about building issues following
writing to housing made landlord
aware of intent to withold rent via
text photos pertaining to texts
about poor living conditions
Exhibit C- Landlords numerous attempt
to evict me rather than comply with
housing contract retalitory Inmature
judge (Lyons ruling to take posessi
of my apartment without allowin
me to present my case or seeking
remedy had rent in court that day
they would all rather make me
homeless violation of the ADA due
process
Exhibit D- My intent to obtain a rest-
rding order against the Dusseults
after stalking and filming me
as well as pursue criminal action
for assault and verbal abuse
Exhibit E- Finances as a low income
disabled woman

13-14

(1.)

I Margaret Kris present as follows,

I made the Housing Authority aware of the
issue at 102 Putnam Street through written
communication since December of last
year. The Landlord was addressed which
made her become enraged her and her
daughter Charlene came to my home
without prior notice 24 hrs is the
housing requirement. They both Frances
and Charlene came to my home
and verbally assaulted me and Frances
made unwanted body contact.
I sent numerous texts to her other
daughter Joanne as all communication
ceased after I got a police report
Frances and Charlene said in court
she was shaking my hand. I don't
call the police because someone is
shaking my hand. All but one text was
ignored. In court the judge Lyons
wouldn't all me to present my case
didn't look at or discuss texts submitted
into evidence during the hearing
no remedy was sought instead
choosing to force me out of my
home for with holding rent which
I had in the courtroom with me
that day. Didn't recieve due process
in the hearing conflict of interest
Lyons has ruled on my custody case
Canon #34 pro-se litigants that
don't understand proceedings will

2018-0215

# Index for Supreme Court Appeal

NH Supreme Court
**DROP BOX**
MAY - 1 2018
Date 4/30 Time_____

## Dusseault Family Revocable Trust 2017
### VS
## Margaret Kris

POSTED

Exhibit A- All communication to housing housing voucher lease agreement police report HUD complaint made housing aware of rent witholding

Exhibit B- All texts sent to landlord about building issues following writing to housing made landlord aware of intent to withold rent via text photos pertaining to texts about poor living conditions

Exhibit C - Landlords numerous attempts to evict me rather than comply with housing contract retalitory in nature judge Lyons ruling to take posession of my apartment without allowing me to present my case or seeking remedy had rent in court that day they would all rather make me homeless violation of the ADA due process

Exhibit D - My intent to obtain a restraining order against the Dusseults after stalking and filming me as well as pursue criminal action for assault and verbal abuse

Exhibit E- Finances as a low income disabled woman



## APPROVAL OF REQUEST FOR REASONABLE ACCOMMODATION

Date: __7/27/17__

To: MARGARET KRIS

Dear Applicant or Resident:

We have received and approved your request for reasonable accommodation. Specifically, you requested _____
__2 BEDROOM VOUCHER__

- ___X___ We will provide you with the requested accommodation(s) by __INCREASING YOUR VOUCHER SIZE TO 2 BEDROOMS__.

- _____ Although we have approved your request, we will not be able to complete your accommodation(s) until _____ due to _____
_____

If you have any questions regarding this matter, please contact this office.

If you think that this change or modification is not what you requested; if this is unacceptable; or, if you object to the length of time it will take to provide your request, you may contact the Property Manager at (603) 624-2100; or the Housing Choice Voucher Program Manager, at (603) 624-2100; or the Section 504 Compliance Monitor/Fair Housing Officer at (603) 624-2100.

In addition, you may exercise your right to appeal MHRA's decision by filing a complaint with HUD within one year after the decision or may file a lawsuit in federal district court within two years of MHRA's decision. There are several ways that a person may file a complaint with HUD:
- By placing a toll-free call to 1-800-669-9777 or TTY 1-800-927-9275;
- By completing the "on-line" complaint form available on the HUD internet site: http: http://www.hud.gov; or
- By mailing a completed complaint form or letter to:

Office of Fair Housing and Equal Opportunity
Department of Housing and Urban Development
451 Seventh Street, S.W., Room 5204
Washington, DC 20410-2000

Mail Rent to:
Frances Dusseault
616 Mast Road
Manchester NH 03102

Sincerely,

Maria Sanchez

MARIA SANCHEZ
LEASE HOUSING SPECIALIST

To Loss Mitigation Dept:

I am requesting an extension of my loan. My loan has expired and my pay out date is August 26, 2017. I can't make it until September 3rd. No I don't want to lose my house, my home is very important to me. I am enclosing the certificate. Also the insurance on the new purchased home is approved for my home. I am waiting to receive it. Your attention to this matter is greatly appreciated.

Sincerely,
will be sending all documents that I have sent.

# MANCHESTER
### HOUSING AND REDEVELOPMENT AUTHORITY
HOUSING CHOICE VOUCHER PROGRAM
198 Hanover Street, Manchester, New Hampshire 03104
603-624-2100 FAX 603-624-2113 TDD 1-800-545-1833, ext. 590

August 09, 2017

MARGARET P KRIS
90 NOTRE DAME AVE 1ST FLR
MANCHESTER, NH 03102

Dear MARGARET P KRIS,

Your voucher has been extended to **OCTOBER 20, 2017.** Please make sure you have your Request for Tenancy Approval (RFTA) for an inspection submitted before this date. If not you will have to start the Transfer Process over again.

Please feel free to contact me at 603-624-2112 or dbutterworth@manchesterhousing.org.

Sincerely,
Manchester Housing and Redevelopment Authority

*Deborah Butterworth*
Leased Housing Transfer Specialist

cc: Landlord/Owner
    Tenant File



MHRA complies with the Fair Housing Act and provides accommodations to persons with disabilities. EQUAL HOUSING OPPORTUNITY
For language assistance: Please contact us for explanation or more information.



**MANCHESTER**
HOUSING AND REDEVELOPMENT AUTHORITY
HOUSING CHOICE VOUCHER PROGRAM
198 Hanover Street, Manchester, New Hampshire 03104
603-624-2100 FAX 603-624-2113 TDD 1-800-545-1833, ext. 590

September 14, 2017

MARGARET P KRIS
102 PUTNAM ST 1ST Apt. FLOOR
MANCHESTER, NH 03102

DUSSEAULT, CHARLES OR FRANCES
45 LYNCHVILLE PARK
GOFFSTOWN, NH 03045

Owner#48                          Subsidy No.V166702

### SECTION 8 PROGRAM CONTRACT AND LEASE AMENDMENT

The Housing Assistance Payments Contract between the owner, DUSSEAULT, CHARLES OR FRANCES, and the Manchester Housing and Redevelopment Authority of behalf of the family, MARGARET P KRIS and the lease associated with this contract, are hereby amended due to:

( ✓ ) Initial/Annual review of family income and/or composition
(   ) Interim change in family income and/or composition
(   ) Rent adjustment requested by the owner and approved by the Authority.

Rental Payments are adjusted as follows:

| | |
|---|---|
| TENANT RENT | $330.00 |
| HAP AMOUNT | $936.00 |
| CONTRACT RENT | $1266.00 |

Pro-rated TTP 9/15-9/30/17 $176.00
Pro-rated HAP 9/15-9/30/17 $499.00

This Amendment will be effective September 15, 2017.

This Amendment is in accordance with the terms and conditions of your contract and/or lease and should be attached to and made a part of these documents. All other terms and conditions of these documents remain unchanged by this Amendment. Families disputing this change in rental payments may request an Informal Hearing by calling this office at 624-2100 within fourteen (14) working days from the date of this letter. Also, a copy of the most recent utility allowance schedule attached to this Amendment.

Revised 9/6/17

## MANCHESTER HOUSING AND REDEVELOPMENT AUTHORITY
## REQUEST FOR REASONABLE ACCOMMODATION

You may utilize this form to request that the Manchester Housing and Redevelopment Authority (MHRA) provide a reasonable accommodation to you, or any member of your household who has a disability, so that you or a member of your household may utilize your residence, or any of MHRA's facilities, programs or services.

For purposes of this form, please refer to the attached "Reasonable Accommodation Policy" to determine whether you are a "qualified individual with a disability."

If you would like to request a reasonable accommodation on behalf of yourself or a member of your household, please complete this form.  You must date and sign your name at the bottom of this form and return the form to the appropriate MHRA staff.  If you need assistance in understanding whether you or a member of your household is a "qualified individual with a disability" or if you need assistance in completing this form, please contact the appropriate MHRA staff.

October 5, 2017
Date of Request

603-858-3278
Telephone Number

Margaret Kris
Head of Household

Disabled Person Requesting Accommodation

102 Putnam St 1st Floor
Address

Manchester NH  03102
City/State/Zip Code

1.  I am requesting the following reasonable accommodation(s): *I have a concern the building requires extermination I have a breathing issue COPD as well a*

2.  Reason for Request: *support animal that cannot breathe these chemical a regular basis*

3.  A physician, licensed health care professional, professional representing a social service agency, disability agency or clinic may provide verification of your disability.

*Dr. Scull*
Name of Health Care Provider

*603 625- 6198*
Telephone Number

*Mc Gregor St. CMC*
Address

*Manchester, NH*
City/State/Zip Code

WARNING:  TITLE 18, SECTION 1001 OF THE UNITED STATES CODE STATES THAT A PERSON IS GUILTY OF A FELONY FOR KNOWINGLY AND WILLINGLY MAKING FALSE OR FRAUDULENT STATEMENTS TO ANY DEPARTMENT OR AGENCY OF THE UNITED STATES GOVERNMENT.

Dear Debra Butterworth, 12/11/17
I Margaret Kris am asking
for your assistance in the follow-
ing matter. I have minimal
heat my apartment is freezing
even though its on to and heat
is included in the rental agree-
ment. I called Joanne last
night unable to leave a message
and this morning when I was
promptly hung up on. I have
three people collecting the
rent though. Also their
idea of snow removal is
to pile it in the middle
of the driveway. When
it melts it turns to
sheer ice no, sand or salt
provided. We have sub-letting
overdoses drug deals multiple
landlords and minimal
heat, I doubt that this.
will be long term housing
for me, Please help me get
my heat fixed and snow
removed. Thankn...

RECEIVED FEB 9 2018

2/12/18

To Deb Butterworth,

I Margaret Kris am writing you this letter in regards to my residency at 102 Putnam Street. I have withheld this months rent in escrow until the landlord, Frances Dussault addresses the problem in the building and provides me & housing with her attorneys information which she has yet to do. The tenant above me are subletting despite a clause in the lease not allowing this. I have people who shouldn't be living there blocking the driveway, allowing their children to play near my car, they have damaged other tenants vehicles, they threaten and swear at me when I say any thing. I have texted her daughter Joanne on numerous occasio to no avail. I can't get in contact with her for repairs she refuses to respond to me after she put her ha on me. Its a civil matter that nee to be addressed. My safety in this building has been jeopardized, repea I need her attorneys contact info I have a money order filled ou with this months rent & will pa when building issues are address repairs are made, and contact in for attorney provided. Your attentio to this matter is greatly apprecia

Thank you,
Sincerely,
Margaret Kr

**Deb Butterworth**

| | |
|---|---|
| **From:** | Neil Keane |
| **Sent:** | Tuesday, December 12, 2017 2:35 PM |
| **To:** | Deb Butterworth |
| **Cc:** | Maria Sanchez; Maria Koustas |
| **Subject:** | FW: Margaret Kris |

Visited M Kriss thermostat set at 65 degrees apartment at 64-68 degrees nice newer heating system. States when she puts it up to 75 degrees it is to hot and when she puts it down to 62 degrees it is to cold. Suggested that she find a midpoint where it is comfortable and leave it there. Solved her problem in the two bedrooms where outlets were not working by showing her that those two outlets were controlled by the light switches near the doors to the rooms.

**From:** Maria Koustas
**Sent:** Tuesday, December 12, 2017 9:13 AM
**To:** Neil Keane <nkeane@manchesterhousing.org>
**Subject:** Fw: Margaret Kris

**From:** Deb Butterworth
**Sent:** Tuesday, December 12, 2017 9:10 AM
**To:** Maria Koustas
**Subject:** Margaret Kris

Hi
(603)858-3278

She is having issued with Heat in her apartment please call her.

Thanks,

*Deborah A. Butterworth*
*Leased Housings Transfer Specialist*
*MHRA*
*198 Hanover St.*
*Manchester, NH 03104*
*Direct Line: 603-624-2112*
*Fax Line: 603-624-2113*
*Email: dbutterworth@manchesterhousing.org*



**MANCHESTER**
HOUSING AND REDEVELOPMENT AUTHORITY
HOUSING CHOICE VOUCHER PROGRAM
198 Hanover Street, Manchester, New Hampshire 03104
603-624-2100 FAX 603-624-2113 TDD 1-800-545-1833, ext. 590

September 14, 2017

MARGARET P KRIS
102 PUTNAM ST 1ST Apt. FLOOR
MANCHESTER, NH 03102

DUSSEAULT, CHARLES OR FRANCES
45 LYNCHVILLE PARK
GOFFSTOWN, NH 03045

Owner#48                    Subsidy No.V166702

## SECTION 8 PROGRAM CONTRACT AND LEASE AMENDMENT

The Housing Assistance Payments Contract between the owner, DUSSEAULT, CHARLES OR FRANCES, and the Manchester Housing and Redevelopment Authority of behalf of the family, MARGARET P KRIS and the lease associated with this contract, are hereby amended due to:

( ✓ ) Initial/Annual review of family income and/or composition
(   ) Interim change in family income and/or composition
(   ) Rent adjustment requested by the owner and approved by the Authority.

Rental Payments are adjusted as follows:

| | |
|---|---|
| TENANT RENT | $330.00 |
| HAP AMOUNT | $936.00 |
| CONTRACT RENT | $1266.00 |

Pro-rated TTP 9/15-9/30/17 $176.00
Pro-rated HAP 9/15-9/30/17 $499.00

This Amendment will be effective September 15, 2017.

This Amendment is in accordance with the terms and conditions of your contract and/or lease and should be attached to and made a part of these documents. All other terms and conditions of these documents remain unchanged by this Amendment. Families disputing this change in rental payments may request an Informal Hearing by calling this office at 624-2100 within fourteen (14) working days from the date of this letter. Also, a copy of the most recent utility allowance schedule attached to this Amendment.

# Rent Notice

Date 12/15/2017

Margaret Kris
102 Putnam Street
1st Floor Middle
Manchester, NH  03102

As per your Residential Lease Agreement, you are
required to mail your rent every month.

Please refer to the attached copy of your Residential
Lease Agreement for the mailing address.

Remember rent is due on the first of each month and if paid
after the 7th, add a $35.00 late fee.

Thank you for your cooperation.

*Frances Dusseault*
603-660-8597

# Winter Plowing Notice

Date _Dec. 16, 2017_

During plowable snowstorms of 3 inches and more, all vehicle(s)

must be removed from driveways at the end of each storm until the

driveways have been plowed.  We have also hired a company to do

the shoveling of steps and walkways. Please do not park in or in

front of walkways or steps.

If vehicle(s) are not moved, then it will be your responsibility to

shovel out your own vehicle(s) at your own expense if it is plowed

in.  The tenants do not recieved prior
notice to plows arrival per housing
policy I have addressed this issue
with both the landlord and the
Owner  Housing Authority on Hanover
Frances Dusseault  Street in
Manchester NH
603-660-8597

Dear Deb, 1/4/17

I Margaret Kris am making you aware that I had a cost of living increase. I can't provide a copy today because of the storm. I also need to make you aware that my landlord recently told me in a letter that I can't pull up in front of my home. I do this as a courtesy to my neighbor who has a 2 year old to remove from a car seat. When she provides them with a parking spot I won't do it anymore. Also I can't reach them by phone. Their idea of notice of snow removal is for the plow to pull in the driveway and toot the horn. This isn't sufficient notice as I am deaf in my left ear. I need to be able to make contact with my landlord and adequate notice for snow removal. Thank you.

Margaret Kris

RECEIVED JAN 04 2018

To the Housing Authority,   (1.) 4/27/18
I Margaret Kris would like to
make you aware that I am
appealing the eviction to the
Supreme court which I have
more than enough evidence
to do. Joanne Dusseult mis-
represent herself when negot-
iating my contract. She stated
that her mother would get me
electrical assistance which wasn't
the truth now I had lost
my assistance; I have included
this information to a formal
complaint to HUD in Boston
I am currently paying rent
to Manchester District Court
which means I am entitled
to repairs which still haven't
been done. The electricity in
the hallway still hasn't
been repaired. The drain