```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Margaret Kris

    v.                                      Case No. 18-cv-566-LM

Dusseault Family Revocable Trust of 2017 et al

## ORDER

After due consideration of the objection filed, I herewith approve the Supplemental Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 12, 2019.

                                                    _____
                                                    Landya B. McCafferty
                                                    Chief Judge

Date: September 6, 2019

cc:   Margaret Kris, pro se
       Brian Shaughnessy, Esq.