```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Margaret Kris

    v.                                                Case No. 18-cv-566-LM

Dusseault Family Revocable Trust
of 2017 et al

## ORDER

After due consideration of the objection (doc. no. 65) filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 19, 2021.

The court notes that it intends to address the issues raised in the new motions (doc. nos. 66, 67, 68) in a separate order.

                                                        _____
                                                        Landya B. McCafferty
                                                       Chief Judge

Date: March 25, 2021

cc: Margaret Kris, pro se
    Brian Shaughnessy, Esq.