UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

SEP 27 2021

FILED

Pg 1 of 4

Margaret Kris

Plaintiff(s)

v.

Dusseault Family Revocable Trust
Defendant(s)          of 2017 et al

Case No. ~~1:56-R-LF-224~~ 1:18-CV-00566-LM  ERROR MK

MOTION TO/FOR  For extension on jury trial proceedings
until all pending matters are ruled on
(enter title of motion)

I would like to save the court the cost of
a jury trial if at all possible and I am unsure
that I can prepare for trial adequately
when there are still matters pending without
a ruling. I look to the courts rolings
as a guide as how to proceed as a pro-se
litigant with no formal legal training.
Without the courts input as how to
proceed I fear I will make errors.
I apologize for not being up to speed
on the submission deadlines as so
much time has passed, I am still embroiled
in custody litigation, and dealing with
some health complications besides and
would appreciate any consideration from
the court in this regard. I have a medical

(Attach additional sheets if necessary)

procedure scheduled for 10/5/21 that
requires sedation. Under the circumstances
I feel it is best to ask for a continuance
any consideration from the court pertaining
to this matter is greatly appreciated.

Thank you,
Sincerely,

Margaret Klis

U.S. DISTRICT COURT

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

SEP 27 2021

FILED



**RELIANT**
MEDICAL GROUP
THE ENDOSCOPY CENTER, LLC
Part of OptumCare®

4 Brotherton Way
Auburn, MA 01501
508-425-5446 tel
800-635-1221 toll free
www.reliantmedicalgroup.org

> IF YOU ARE ALLERGIC TO FENTANYL OR VERSED, PLEASE CALL THE GI OFFICE TO DISCUSS WITH A NURSE AT 508-425-5446, OPTION 4.

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
SEP 27 2021
FILED

**Please Note:** We wish to inform you that a service dog may be present in some areas of our facility.
If you have any concerns or questions, please contact us at 508-425-5446.

## Endoscopy Instructions

An appointment has been made for you to have a endoscopy performed,

with Dr _Keifer_____

on _Tuesday  10/5/21_____ at the Endoscopy Center at _1:00_ ☐ am ☒ pm.

You should arrive at the facility at _12:00_ ☐ am ☒ pm, <u>approximately 1 hour</u> prior to your sched-uled procedure, and expect to be ready to be brought home about 2-3 hours after your appointment.

Please bring your Health Insurance card and a photo ID with you on the day of the procedure.  If you have any insurance changes, please notify our office.

### PREPARATION REQUIRED
For the best possible examination, the stomach should be completely empty, so you should have noth-ing to eat after 11:00 pm the evening before.  Clear liquids are allowed up until 6 hours prior to the procedure.  Clear liquids include: Jell-O®, any color except **RED**, clear broth only, clear **(no Red Dye)** 100% juice, apple, grape, cranberry, popsicles, soda, Gatorade®, hard candy, water, ice, tea, coffee, or decaffeinated coffee (no milk or cream or non- dairy creamer).

Be sure to let your physician know if you are allergic to any drugs. A companion must accompany you to the examination as you will be given medication that will make you drowsy, so you will need some-one to take you home. You will not be allowed to drive after the procedure. Even though you may not feel tired, your judgment and reflexes may not be normal. If you have any x-rays please bring them with you as well as a list of your current medications.

### MEDICATION INSTRUCTIONS
Please continue to take all prescribed medications including those for blood pressure, heart, or respira-tory conditions on the day of the procedure with a small amount of water. Aspirin, Plavix®, Coumadin, Predaxa® and other blood thinners/anticoagulation medications are typically continued prior to your examination unless otherwise advised by your primary care physician/gastroenterologist. Please call the office if you are unsure as to whether you should withhold any of these medications. If you have diabetes and currently take insulin or diabetic medicine, please check with your primary care physician or diabetic physician for instructions. Bring any inhalers with you as well.

### ABOUT THE PROCEDURE
The doctor will give you a mild sedative intravenously just before the procedure, to help you relax.  A thin flexible tube, called an endoscope will be passed through the mouth and back of the throat and into the upper digestive tract. This will allow the physician to examine the lining of the esophagus, stomach, and the duodenum (the first portion of the small intestine). This tube is thinner than most foods you swallow. Biopsies may be taken for different reasons and do not necessarily imply cancer.

Endoscopy is more accurate that an x-ray in detecting any gastric (stomach) and duodenal ulcers, especially when there is bleeding or scarring from a previous ulcer. Endoscopy is an extremely worth-while and safe procedure which is very well tolerated and invaluable in the diagnosis and proper man-agement of disorders of the upper digestive tract.

Date: _____9/27/21_____

_Margaret Klein_
Signature

## MEMORANDUM OF LAW

Pursuant to LR 7.1(a)(2), every motion shall be accompanied by a memorandum with citations to supporting authorities or a statement explaining why a memorandum is unnecessary.

☐  I have attached a supporting memorandum of law to this motion.

☑  I have NOT attached a memorandum of law because none is required (explain your reasoning below).

> I am asking for an extension until pending matters are ruled on this is at the discretion of the court therefore no memorandum is required

## CONCURRENCES SOUGHT

Pursuant to LR 7.1(c), any party filing a motion other than a dispositive motion (a dispositive motion seeks an order disposing of one or more claims in favor of the moving party, for example, a motion to dismiss or a motion for summary judgment) shall certify to the court that a good faith attempt has been made to obtain concurrence/agreement in the relief sought. If concurrence is obtained, the moving party shall so note.

I certify the following (choose one):

☐  All parties have assented/agreed to this motion.

☑  I made a good faith attempt, but was unable to successfully obtain concurrence/agreement from all parties.

☐  I have NOT attempted to obtain concurrence/agreement because it is not required.

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

SEP 27 2021

FILED



## CERTIFICATE OF SERVICE

I hereby certify that this motion was served on the following persons on the date and in the manner specified below:

Person(s) served electronically (via ECF):

Person(s) served by mail. Please include address(s):

Brian C Shaughnessy
Kazan & Shaughnessy PLLC
24 Eastman Ave Ste C3
Bedford, NH 03110

Person(s) served by hand:

Date of Service: _9/27/21_

_Margaret Kris_
Signature

Name: _Margaret Kris_

Address: _52 Sunderland Rd
Worcester, Ma. 01604_

Phone: _(508) 755-4834 Landline_

Email: _compromised devices require a landline_

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

SEP 27 2021

FILED

Pg 1 of 4

UNITED STATES DISTRICT COURT U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE DISTRICT OF NEW HAMPSHIRE

SEP 27 2021

__Margaret Kris__
Plaintiff(s)

FILED

v.

Case No. __456-18-LT-234__

__Dusseault Family Revocable Trust__
Defendant(s)              of 2017 et al

2021 SEP 27 PM 1:59
FILED - USDC -NH

MOTION TO/FOR __For extension on jury trial proceedings__
until all pending matters are ruled on
(enter title of motion)

I would like to save the court the cost of
a jury trial if at all possible and I am unsure
that I can prepare for trial adequately
when there are still matters pending without
a ruling. I look to the courts rulings
as a guide as how to proceed as a pro-se
litigant with no formal legal training.
Without the courts input as how to
proceed I fear I will make errors.
I apologize for not being up to speed
on the submission deadlines as so
much time has passed, I am still embroiled
in custody litigation, and dealing with
some health complications besides and
would appreciate any consideration from
(Attach additional sheets if necessary)
the court in this regard. I have a medical

procedure scheduled for 10/5/21 that
requires sedation. Under the circumstances
I feel it is best to ask for a continuance
any consideration from the court pertaining
to this matter is greatly appreciated.

Thank you,
Sincerely,
Margaret Price

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
SEP 27 2021
FILED

Pg 3 of 5

# RELIANT
## MEDICAL GROUP
### THE ENDOSCOPY CENTER, LLC
Part of OptumCare®

4 Brotherton Way
Auburn, MA 01501
508-425-5446 tel
800-635-1221 toll free

**IF YOU ARE ALLERGIC TO FENTANYL OR VERSED, PLEASE CALL THE GI OFFICE TO DISCUSS WITH A NURSE AT 508-425-5446, OPTION 4.**

www.reliantmedicalgroup.org

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
SEP 27 2021
FILED

**Please Note: We wish to inform you that a service dog may be present in some areas of our facility. If you have any concerns or questions, please contact us at 508-425-5446.**

## Endoscopy Instructions

An appointment has been made for you to have a endoscopy performed,

with Dr __Kelfer__

on __Tuesday 10/5/21__ at the Endoscopy Center at __1:00__ ☐ am ☑ pm.

You should arrive at the facility at __12:00__ ☐ am ☑ pm, <u>approximately 1 hour</u> prior to your scheduled procedure, and expect to be ready to be brought home about 2-3 hours after your appointment.

Please bring your Health Insurance card and a photo ID with you on the day of the procedure. If you have any insurance changes, please notify our office.

### PREPARATION REQUIRED
For the best possible examination, the stomach should be completely empty, so you should have nothing to eat after 11:00 pm the evening before. Clear liquids are allowed up until 6 hours prior to the procedure. Clear liquids include: Jell-O®, any color except **RED**, clear broth only, clear **(no Red Dye)** 100% juice, apple, grape, cranberry, popsicles, soda, Gatorade®, hard candy, water, ice, tea, coffee, or decaffeinated coffee (no milk or cream or non- dairy creamer).

Be sure to let your physician know if you are allergic to any drugs. A companion must accompany you to the examination as you will be given medication that will make you drowsy, so you will need someone to take you home. You will not be allowed to drive after the procedure. Even though you may not feel tired, your judgment and reflexes may not be normal. If you have any x-rays please bring them with you as well as a list of your current medications.

### MEDICATION INSTRUCTIONS
Please continue to take all prescribed medications including those for blood pressure, heart, or respiratory conditions on the day of the procedure with a small amount of water. Aspirin, Plavix®, Coumadin, Predaxa® and other blood thinners/anticoagulation medications are typically continued prior to your examination unless otherwise advised by your primary care physician/gastroenterologist. Please call the office if you are unsure as to whether you should withhold any of these medications. If you have diabetes and currently take insulin or diabetic medicine, please check with your primary care physician or diabetic physician for instructions. Bring any inhalers with you as well.

### ABOUT THE PROCEDURE
The doctor will give you a mild sedative intravenously just before the procedure, to help you relax. A thin flexible tube, called an endoscope will be passed through the mouth and back of the throat and into the upper digestive tract. This will allow the physician to examine the lining of the esophagus, stomach, and the duodenum (the first portion of the small intestine). This tube is thinner than most foods you swallow. Biopsies may be taken for different reasons and do not necessarily imply cancer.

Endoscopy is more accurate that an x-ray in detecting any gastric (stomach) and duodenal ulcers, especially when there is bleeding or scarring from a previous ulcer. Endoscopy is an extremely worthwhile and safe procedure which is very well tolerated and invaluable in the diagnosis and proper management of disorders of the upper digestive tract.

FORM # 70003 (3/20) POD

*over*

# AFTER THE PROCEDURE

You may experience a sore throat for a couple of hours and some mild bloating due to the air that was introduced to examine your stomach.

You will be able to resume your diet after the procedure unless you are instructed otherwise.
The first 24 hours after the procedure

- You may experience dizziness, light-headedness or sleepiness after the procedure due to the sedative medication you received
- You are advised not to stay alone
- You should not drive, operate machinery or power tools or drink alcoholic breverages including beer and wine.
- Do not sign any legal documents or make any important decisions until the day after thr procedure.

***Please Note:*** Since you are going to be sedated, please make arrangements for someone to drive you home approximately 2 hours after you arrive.  Patients that do not have an adult to accompany them home **WILL NOT** be able to undergo the procedure if sedation is used.  If you decide to use a taxi you will still need to be accompanied to your destination with another adult.  An adult must accompany you into your home.  You cannot drive until the day after the procedure. The whole procedure takes about 30 minutes, but please be prepared to spend at least 2-3 hours with us.



### From Points North:

Take I-190 South until it merges into I-290 West. Follow I-290 West toward Auburn. Take Exit 9 (Auburn St./Auburn). There is a stoplight at the end of the ramp. At the stoplight, turn left onto Auburn St. After you go through the 4-way intersection, you will see the Auburn Mall on the right. Take a right onto Brotherton Way (across from the pizza place) and then into the mall parking lot.

### From Points South:

Take I-395 North toward Oxford/Worcester. I-395 North becomes I-290 East. Take Exit 9 (Swanson Road/Auburn). At the end of the ramp, take a right onto Swanson Rd. You will come to a stoplight. Go straight through this light and follow to the next stoplight and take a right onto Auburn St. After you go through the 4-way intersection, you will see the Auburn Mall on the right. Take a right onto Brotherton Way (across from the pizza place) and then into the mall parking lot.

### From Points East:

Follow I-290 West toward Auburn. Take Exit 9 (Auburn St./Auburn). There is a stoplight at the end of the ramp. At the stoplight, turn left onto Auburn St. and head toward Auburn Center. After you go through the 4-way intersection, you will see the Auburn Mall on the right. Take a right onto Brotherton Way (across from the pizza place) and then into the mall parking lot.on the left).

### From Points West:

Take the Mass Pike East toward Boston. Then take Exit 10 (Auburn) and merge onto I-290 East via the exit on the left toward Worcester. From I-290 East take Exit 9 (Swanson Rd./Auburn). At the end of the ramp, take a right onto Swanson Rd. You will come to a stoplight. Go straight through this light and follow to the next stoplight and take a right onto Auburn St. After you go through the 4-way intersection, you will see the Auburn Mall on the right. Take a right onto Brotherton Way (across from the pizza place) and then into the mall parking lot.

Pg 4 of 5

Date: _____9/27/21_____

_Margaret Hix_
Signature

## MEMORANDUM OF LAW

Pursuant to LR 7.1(a)(2), every motion shall be accompanied by a memorandum with citations to supporting authorities or a statement explaining why a memorandum is unnecessary.

☐ I have attached a supporting memorandum of law to this motion.

☑ I have NOT attached a memorandum of law because none is required (explain your reasoning below).

I am asking for an extension until
pending matters are ruled on this is
at the discretion of the court therefore
no memorandum is required

## CONCURRENCES SOUGHT

Pursuant to LR 7.1(c), any party filing a motion other than a dispositive motion (a dispositive motion seeks an order disposing of one or more claims in favor of the moving party, for example, a motion to dismiss or a motion for summary judgment) shall certify to the court that a good faith attempt has been made to obtain concurrence/agreement in the relief sought. If concurrence is obtained, the moving party shall so note.

I certify the following (choose one):

☐ All parties have assented/agreed to this motion.

☑ I made a good faith attempt, but was unable to successfully obtain concurrence/agreement from all parties.

☐ I have NOT attempted to obtain concurrence/agreement because it is not required.

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

SEP 27 2021

FILED



## CERTIFICATE OF SERVICE

I hereby certify that this motion was served on the following persons on the date and in the manner specified below:

Person(s) served electronically (via ECF):

Person(s) served by mail. Please include address(s):

Brian C Shaughnessy
Kazan & Shaughnessy PLLC
24 Eastman Ave Ste C3
Bedford, NH 03110

Person(s) served by hand:

Date of Service: ___9 /27/21___

Signature: _Margaret Kris_

Name: Margaret Kris

Address: 52 Sunderland Rd
Worcester, Ma. 01604

Phone: (508) 755-4834 Landline

Email: compromised devices require a landline

**U.S. DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

SEP 27 2021

**FILED**